IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WALGREENS MAIL SERVICE, INC., f/k/a ) <br> WALGREENS HEALTHCARE PLUS, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BLUECROSS BLUESHIELD ) <br> OF TENNESSEE, INC. ) <br> ) <br> Defendant. ) | No. 05-2827-MI P |

## AGREED ORDER

It appearing to the Court, as evidenced by the signature of counsel below, that the parties have agreed that, given that Plaintiff Walgreens Mail Service, Inc. has filed a Motion to Remand challenging the Court's jurisdiction, Plaintiff need not respond to the Defendant's pending Motion to Transfer Venue until after the motion to remand is decided and then, only if it is denied; It is therefore,

ORDERED that Plaintiff Walgreens Mail Service, Inc.'s time to respond to Defendant's Motion to Transfer Venue, if necessary, is hereby extended until a date twenty (20) days after entry of an order by the Court denying the pending Motion to Remand.

_/s/ J.P. McCalla_ Dec. 2, 2005
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF TENNESSEE



AGREED TO BY:

*[signature]* / *[signature] with permission*

Steven A. Riley (B.P.R. # 6258)
Gregory S. Reynolds (B.P.R. # 18204)
James N. Bowen (B.P.R. # 024082)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700

Henry C. Shelton, III (B.P.R. # 08207)
Brian S. Faughnan (B.P.R. # 19379)
Armstrong Allen
Brinkley Plaza
80 Monroe Avenue
Suite 700
Memphis, Tennessee 38103-2467

*Attorneys for Plaintiff Walgreens*

*[signature]* / *[signature] with permission*

Max Shelton
James R. Newsom III
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, Tennessee 38103-2555

Donald J. Aho
Miller & Martin, PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02827 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Steven A. Riley
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Donald L. Aho
MILLER & MARTIN, PLLC
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Gregory S. Reynolds
BOWEN RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James N. Bowen
BOWEN RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Jon McCalla
US DISTRICT COURT