Case 2:05-cv-02827-JPM-tmp   Document 20   Filed 12/06/05   Page 1 of 3   PageID 15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 DEC -6  AM 10: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| WALGREENS MAIL SERVICE, INC., f/k/a WALGREENS HEALTHCARE PLUS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BLUECROSS BLUESHIELD OF TENNESSEE, INC., <br><br> Defendant. | Case No. 05-2827-MIP |

## ORDER

On Motion of the non-party Caremark Rx, Inc., for leave to file a Reply Memorandum in support of its Motion to Quash Third-Party Subpoena, it appears to the Court that the Motion is well-taken and should be **GRANTED**. It is, therefore,

ORDERED that Caremark Rx, Inc.'s Motion for Leave to File Reply Memorandum in support of its Motion to Quash Third-Party Subpoena is **GRANTED** and Caremark Rx, Inc., shall file its Reply Memorandum within five (5) days of the entry of this Order.

ENTERED this __6__ day of __December__, 2005.

_____
U. S. ~~DISTRICT COURT~~ JUDGE
Magistrate

N JSH 545113 v1
2139784-000007  12/02/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12-6-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02827 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Gregory S. Reynolds
BOWEN RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Donald L. Aho
MILLER & MARTIN, PLLC
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Steven A. Riley
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James N. Bowen
BOWEN RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT