IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WALGREENS MAIL SERVICE, INC., f/k/a ) <br> WALGREENS HEALTHCARE PLUS, INC. ) <br>               ) <br>     Plaintiff,     ) <br>               ) <br> v.              ) <br>               ) <br> BLUECROSS BLUESHIELD      ) <br> OF TENNESSEE, INC.        ) <br>               ) <br>     Defendant.     ) | No. 05-2827-MI P |

## ORDER

On Motion of Plaintiff, Walgreens Mail Service, Inc. ("Walgreens"), for leave to file a Reply Memorandum in support of its Motion to Remand, it appears to the Court that Defendant BlueCross BlueShield of Tennessee, Inc. does not oppose the motion and that the motion is well-taken and should be **GRANTED**. It is, therefore,

**ORDERED** that Walgreens' Motion for Leave to File Reply Memorandum in Support of Motion to Remand is **GRANTED** and Walgreens shall file its Reply Memorandum within five (5) days of the entry of this Order.

**ENTERED** on this ___19___ day of ___Dec.___, 2005.

Respectfully submitted,

_____
U.S. District Court Judge

PREPARED FOR ENTRY BY:

_Steven A. Riley_ w/p by _James N. Bowen_
Steven A. Riley (B.P.R. # 6258)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage pre-paid, upon:

Max Shelton
James R. Newsom III
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, Tennessee 38103-2555

Donald J. Aho
Miller & Martin, PLLC
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289

on this 19th day of December, 2005.

                                                  _Steven A. Riby w/p by James N. Brown_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02827 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James N. Bowen
BOWEN RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Henry C. Shelton
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Donald L. Aho
MILLER & MARTIN, PLLC
832 Georgia Ave.
Ste. 1000
Chattanooga, TN 37402--228

Steven A. Riley
BOWEN RILEY WARNOCK & JACOBSON
1906 West End Ave.
Nashville, TN 37203

Gregory S. Reynolds
BOWEN RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable Jon McCalla
US DISTRICT COURT